FARMLAND SERVICE CO-OP, INC., A NEBRASKA COOPERATIVE CORPORATION, APPELLANT, V. KENT PETERSON ET AL., APPELLEES.
451 N.W.2d 924

Filed March 9, 1990.   No. 88-191.

Steve Windrum for appellant.

David T. Schroeder, of Kelly, Kelly & Schroeder, for appellee Melcher.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Having considered the record, briefs, and recommendation of the Appellate Division of the District Court, we reverse the judgment of the district court because of a clearly erroneous finding of fact and remand the cause to enter judgment confirming the sale.

REVERSED AND REMANDED WITH DIRECTIONS.

WHITE, J., dissents.